**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-251-9 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| GLORIA HRDY, | ) | RELEASE |
| | ) | |
| DEFENDANT. | ) | |

Violation reports were filed in this case on May 27, 2021 and July 12, 2021. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that supervised release violation hearings were held on June 22, 2021 and July 13, 2021. The defendant admitted to the following violations:

1. Illicit Drug Use;
2. Illicit Drug Use;
3. Whereabouts Unknown/Failure to Complete Residential Treatment.

The magistrate judge filed report and recommendations on June 22, 2021 and July 14, 2021, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of her supervised release as set forth in both violation reports (violation numbers 1-3).

A final supervised release violation hearing was conducted on August 3, 2021. Defendant Hrdy was present and represented by Attorney Edward Bryan. The United States was represented by Assistant United States Attorney Vanessa Healy. United States Probation Officer Matti Liebler was also present at the hearing.

No objections were filed to the report and recommendations of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and

finds the defendant to be in violation of her terms and conditions of her supervised release as set forth in violations 1-3.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of four months, with credit for time served to date.

Following release from BOP custody, the defendant shall be placed on supervised release for a period of 36 months under the same terms and conditions originally imposed and the following additional condition: the defendant will transition into Residential Reentry Center (Oriana House) for up to six months, as directed by the U. S. Probation Office.

**IT IS SO ORDERED**.

Dated: August 3, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**